IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :    CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                                  :
VARIOUS PLAINTIFFS                :

        v.                        FILED      10-67877

VARIOUS DEFENDANTS            Cases listed in Exhibit
                              "A," attached

                    O R D E R

        AND NOW, this **21st** day of **May, 2012,** it is hereby

**ORDERED** that the Orders in the cases listed in Exhibit "A"

dismissing the cases are **VACATED** as having been entered in error.


                **IT IS SO ORDERED.**


                Eduardo C. Robreno, J.

ENTERED

MAY 2 2 2012

CLERK OF COURT

**EXHIBIT A**

10-67877

09-61032